**Order entered May 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00403-CR

**HEATHER STORER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-31208-S**

## ORDER

The Court **REINSTATES** the appeal.

On April 14, 2014 we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the finding that when appellant received shock probation she said she no longer wished to continue the appeal.

We **DENY** the February 18, 2014 motion of Abe Factor to withdraw as counsel. Mr. Factor will remain appellant's attorney of record for purposes of providing appellant with the information required by Texas Rule of Appellate Procedure 48.4.

We **ORDER** the appeal submitted as of the date of this order, without the reporter's records and briefs, to a panel consisting of Justices FitzGerald, Fillmore, and Evans. *See* TEX. R. APP. P. 37.3(c), 38.8(d)(4).

/s/    LANA MYERS
JUSTICE